FILED

11/23/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0479

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA-20-0479

AMANDA R. SAYLER,                    )
                                     )
      Petitioner and Appellant,   )
    vs.                             )
                                     )
STATE OF MONTANA,                    )
      Respondent and Appellee.    )
                                     )

## ORDER FOR EXTENSION OF TIME

### ON APPEAL FROM THE DISTRICT COURT
### FIRST JUDICIAL DISTRICT OF
### THE STATE OF MONTANA, LEWIS & CLARK COUNTY
### Honorable James Reynolds, Presiding

WHEREAS, the Petitioner/Appellant by and through counsel of record has filed an Unopposed Motion for a 30 day extension of time to file the Appellant's Opening Brief and good cause appearing therefrom:

IT IS ORDERED, the Appellant's Motion is GRANTED and Appellant shall have an additional 30 (thirty) days from the prior opening Brief deadline to file the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 23 2020